### J. J. FEREBEE v. NORFOLK SOUTHERN RAILROAD CO.

(Filed 23 September, 1925.)

APPEAL by defendant from *Cranmer, J.,* at April Term, 1925, of CURRITUCK.

Civil action to recover damages for an alleged negligent injury and killing of plaintiff's livestock by defendant's engines and cars.

From a verdict and judgment for plaintiff, the defendant appeals, assigning errors.

*Aydlett & Simpson for plaintiff.*
*Thompson & Wilson for defendant.*

PER CURIAM. The evidence is conflicting on the main issue of liability; it is purely a question of fact; the jury has determined the matter against the defendant; there is no reversible error appearing on the record; the instruction on the burden of proof, when taken as a whole, must be resolved in favor of the validity of the trial; the verdict and judgment will be upheld.

No error.